**SKIBA LAW GROUP, PLC**
John N. Skiba (022699)
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
T: (480) 420-4028  F: (480) 302-7844
Email: john@skibalaw.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ADAM WILL,<br><br>                Plaintiff,<br><br>v.<br><br>WAYNE P. MARSH, P.C. D/B/A MARSH LAW GROUP, an Arizona Professional Corporation; ALCO CAPITAL GROUP, LLC, a Wisconsin limited liability company; MARY LYNN and JOHN DOE LYNN, wife and husband,<br><br>                Defendants. | **Case No: CV-15-00989-PHX-JJT**<br><br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement.  The parties are currently working on a settlement agreement and will be filing paperwork with the Court shortly that will resolve all claims.

**DATED** this 3rd day of August 2015.

                              Skiba Law Group, PLC


                              /s/ John Skiba
                              *Attorney for Plaintiff*

-1-

1  Copy of the foregoing mailed this 3rd day of August 2015 to:

2

3  Bryan Sandler, Esq.
Sandler Law Group
2111 East Highland Avenue
4  Suite B440
Phoenix, Arizona 85016
5

6  Chuck Bruen, Esq.
Guz Bruen Law Group
7  10451 West Palmeras Drive, #250
Sun City, Arizona 85373
8

By ____/s/ Kymber Rudd _____
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24